JDR/GFM

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT
SEP 25 2024
CHRISTOPHER L. EKMAN, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *　　**CRIM. NO. 24-00112-TFM** |
| | * |
| **GLENNIE ANTONIO McGEE, ET AL.** | * |

**NOTICE TO THE COURT**

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, respectfully files this notice pursuant to S.D. Ala. CrLR 7 to briefly describe the differences between the original and the Superseding Indictment.

This Superseding Indictment contains the following changes:

1. Count Eleven of the Superseding Indictment has been added, which charges a firearms-trafficking conspiracy (18 U.S.C. § 933(a)(3)) against defendant Echandza Dianca Maxie, aka "Chan," and a new defendant, Exavieria Deagnes Maxie, aka "DD."

2. Defendant Exavieria Deagnes Maxie, aka "DD," has been added to the evidence-tampering charge (18 U.S.C. § 1512(c)(1)) previously alleged as Count Eleven of the original Indictment, which has been renumbered as Count Twelve of the Superseding Indictment.

3. Count Twelve of the original Indictment has been renumbered as Count Thirteen of the Superseding Indictment and refers to defendant Exavieria Deagnes Maxie, aka "DD," by name, rather than by her initials, "E.D.M.," as previously alleged in the original Indictment.

4. Count Fourteen of the Superseding Indictment has been added, which charges a

1

violation of 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Prohibited Person (Felon)) against defendant Exavieria Deagnes Maxie, aka "DD."

5. The "Sentencing Allegations" section of the Superseding Indictment adds a sentencing allegation against defendant Eric Anthony Aguilar based upon a prior qualifying predicate serious drug felony.

6. The Forfeiture Notice of the Superseding Indictment has been amended to include reference to a 2021 Dodge Challenger Scat Pack and three items of jewelry that were seized from defendant Eric Anthony Aguilar.

7. The "SEALED" notation in the footer of the original Indictment no longer appears in the Superseding Indictment.

8. All references to the original Indictment now refer to the Superseding Indictment.

9. All other counts of the Superseding Indictment remain unchanged from the original Indictment, except that they have now been renumbered as noted above.

10. The forfeiture notice and penalty page of the Superseding Indictment have been edited to conform with the above-referenced changes.

This investigation is ongoing and may result in additional criminal charges.

Respectfully submitted on September 24, 2024.

        SEAN P. COSTELLO
        UNITED STATES ATTORNEY

        by:

        */s/ Justin D. Roller*
        Justin D. Roller
        George F. May
        Assistant United States Attorneys
        United States Attorney's Office
        63 S. Royal Street, Suite 600
        Mobile, Alabama 36602
        (251) 441-5845
        justin.roller@usdoj.gov
        george.may@usdoj.gov